JOHN D. LUECK
Bar Number: 071746
Law Offices of John D. Lueck, Inc.
8034 Haven Ave., Ste. A
Rancho Cucamonga, CA 91730
(909) 484-1963

Attorney for Defendant, JEFFREY PUGLISI

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 5:11-cr-00471 DLJ |
| **Plaintiff,** | **STIPULATION FOR OUT OF DISTRICT TRAVEL BY DEFENDANT JEFFREY PUGLISI, AND [PROPOSED] ORDER** |
| **JEFFREY PUGLISI, et al,** | |
| **Defendants**. | |

Upon the request of the defendant, JEFFREY PUGLISI, by and through defendant's counsel of record, JOHN D. LUECK, and upon agreement of the United States and Pre-Trial Services, and good cause appearing, seeks leave to travel to Mooresville, North Carolina, between June 7th through June 14th, 2012, for purpose of attending his girlfriend's brother's high school graduation, visiting her parents, and celebrating her birthday.

Pre-Trial Services shall impose any reasonable conditions upon defendant while he is staying in Las Vegas in the District of Nevada in their discretion.

Defendant shall in advance advise Pretrial Services of his travel plans and Pretrial Services may

///

Y:\DATA\CurCrim\Puglisi, Jeff\TravelStip2a.wpd                    **1**

1  set reasonable conditions on defendant's travel in their discretion.

2

3       SO STIPULATED

4       Dated: April 9, 2012                    /s/
                                                JOHN D. LUECK, attorney for JEFFREY PUGLISI
5

6       SO STIPULATED

7       Dated:  April 9, 2012                   /s/
                                                HANLEY CHEW, Assistant United States Attorney
8

9

10                                    ORDER

11      GOOD CAUSE APPEARING,

12      Defendant shall be allowed to travel to travel to Mooresville, North Carolina,  between June 7th

13  through June 14th, 2012.    Pre-Trial Services shall impose any reasonable conditions upon defendant

14  while he is staying in North Carolina in their discretion.

15      Defendant shall in advance advise Pretrial Services of his travel plans and Pretrial Services may

16  set reasonable conditions on defendant's travel in their discretion.

17      ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN

18  UNCHANGED.

19

20  DATED: April ; , 2012.                      _____
                                                HONORABLE PAUL S. GREWAL
21                                              United States Magistrate Judge
22                                              [PROPOSED]

23

24

25

26

27

28

Y:\DATA\CurCrim\Puglisi, Jeff\TravelStip2a.wpd            **2**