JOHN D. LUECK
Bar Number: 071746
Law Offices of John D. Lueck, Inc.
8034 Haven Ave., Ste. A
Rancho Cucamonga, CA 91730
(909) 484-1963

Attorney for Defendant, JEFFREY PUGLISI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:11-cr-00471 DLJ |
| Plaintiff, | STIPULATION FOR OUT OF DISTRICT TRAVEL, AND FOR TRAVEL OUTSIDE THE UNITED STATES, AND [~~PROPOSED~~] ORDER |
| JEFFREY PUGLISI, et al, | |
| Defendants. | |

    Upon the request of the defendant, JEFFREY PUGLISI, by and through defendant's counsel of record, JOHN D. LUECK, and upon agreement of the United States and Pre-Trial Services, and good cause appearing because he wishes to participate in a long planned family cruise/ trip on the following terms.

    Defendant shall be allowed to travel to the Southern District of Florida, from Sunday, February 16, 2013 through Sunday, February 24, 2013.  He shall be permitted to travel to Fort Lauderdale, Florida, Nassau, Bahamas, Charlotte Amalie, St. Thomas, Philipsburg, St. Maarten, Labadee, Haiti, Falmouth, Jamaica, and possibly Cozumel, Mexico.  Pre-Trial Services shall impose any reasonable conditions upon defendant while he is staying in the Southern District of Florida and out side of the United States in their discretion. Pretrial services shall return defendant's pass port on or before January 15, 2013.  Defendant shall surrender his pass port to Pre-Trial Services, immediately upon his return. Defendant shall use the pass port for no other purpose than the travel specifically identified herein.

DEFENDANT JEFFREY PUGLISI APPLICATION TO PERMIT TRAVEL

1  Defendant shall in advance, advise Pretrial Services of his travel plans and Pretrial Services may set
2  reasonable conditions on defendant's travel in their discretion.
3
4          SO STIPULATED
5          Dated: October 15, 2012                    _____/s/_____
                                                      JOHN D. LUECK, attorney for JEFFREY PUGLISI
6
7          SO STIPULATED
8          Dated:  : October    , 2012                _____
                                                      HANLEY CHEW, Assistant United States Attorney
9
10
11 Upon application of Defendant, JEFFREY PUGLISI, and good cause appearing, defendant
12 may travel on the terms set forth herein.
13 **IT IS SO ORDERED**.
14 Dated: October 39, 2012                            _/s/ Paul S. Grewal_____
                                                      HONORABLE PAUL S. GREWAL
15                                                    United States Magistrate Judge
                                                              [PROPOSED]
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANT JEFFREY PUGLISI ORDER TO PERMIT TRAVEL

Z:\DATA\CurCrim\Puglisi, Jeff\StipTravel2.wpd                 **2**