JOHN D. LUECK
Bar Number: 071746
Law Offices of John D. Lueck, Inc.
8034 Haven Ave., Ste. A
Rancho Cucamonga, CA 91730
(909) 484-1963
Attorney for Defendant, JEFFREY PUGLISI

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | No. 5:11-cr-00471 DLJ |
| ) | |
| **Plaintiff,** ) | **STIPULATION FOR OUT OF DISTRICT** |
| ) | **TRAVEL BY DEFENDANT JEFFREY** |
| ) | **PUGLISI, AND [~~PROPOSED~~] ORDER** |
| **JEFFREY PUGLISI, et al,** ) | |
| ) | |
| **Defendants**. ) | |
| ) | |
| _____) | |

    Upon the request of the defendant, JEFFREY PUGLISI, by and through defendant's counsel of record, JOHN D. LUECK, and upon agreement of the United States and Pre-Trial Services, and good cause appearing, seeks leave to travel to Las Vegas Nevada, between February 25, 2013 through March 3, 2013, for purpose of attending a Real Estate Convention.

    Pre-Trial Services shall impose any reasonable conditions upon defendant while he is staying in Las Vegas in the District of Nevada in their discretion.

    Defendant shall in advance advise Pretrial Services of his travel plans and Pretrial Services may

///

set reasonable conditions on defendant's travel in their discretion.

SO STIPULATED

Dated: January 18, 2013 _____/s/_____
JOHN D. LUECK, attorney for JEFFREY PUGLISI

SO STIPULATED

Dated: January 18, 2013 _____/s/_____
HANLEY CHEW, Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING,

Defendant shall be allowed to travel to travel to Las Vegas Nevada, between February 25, 2013 through March 3, 2013, for purpose of attending a Real Estate Convention.

Pre-Trial Services shall impose any reasonable conditions upon defendant while he is staying in Las Vegas, District of Nevada, in their discretion.

Defendant shall, in advance advise Pretrial Services of his travel plans and Pretrial Services may set reasonable conditions on defendant's travel in their discretion.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN UNCHANGED.

DATED: January 23, 2013

_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge
[~~PROPOSED~~]