UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME**: 5 mins

## CRIMINAL MINUTES

**Judge:** D. Lowell Jensen
**Date:** October 29, 2014
**Case No.:** CR-11-00471-DLJ-11
**Related Case No.:** N/A

**Courtroom Deputy:** Jackie Garcia/Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**U.S. Pretrial Services Officer:** N/A
**Interpreter:** N/A

### CASE TITLE

USA v. Jeffrey Puglisi (P)(NC)

### APPEARANCES

**Attorney(s) for Government**: Matthew Parrella, Hanley Chew
**Attorney(s) for Defendant(s)**: John Lueck

### PROCEEDINGS

Sentencing proceedings

### ORDER AFTER HEARING

Hearing held. The Government moved to dismiss Count One of the Superseding Information based on defendant's compliance with all pretrial conditions. For the reasons stated on the record, the Court granted the request and dismissed Count One of the Superseding Information. The Court proceeded with sentencing as to Count Twelve of the Superseding Information committed the defendant to a TIME SERVED term of probation. The defendant has previously paid the restitution in the amount of $5,600. The Court orders a $25 special assessment to be paid immediately. Any further property of the defendant will be coordinated for return from the Court through the FBI to the Defendant within 30 days.

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
Original: Efiled – C. Escolano
CC: